| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| TRQ | 444479 | 000560 | 504 | 0000430630 | 1 |

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

# Earnings Statement

**ADP**

Period Beginning: 10/01/2023
Period Ending: 10/15/2023
Pay Date: 10/26/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table,$20 Extra Withholding

HEATHER WINDERS
18188 FANNETSBURG ROAD WEST
FANNETSBURG PA 17221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 76.75 | 1,650.13 | 12,943.02 |
| Overtime | 32.2500 | 1.00 | 32.25 | 2,031.77 |
| Double Time | | | | 172.00 |
| Holiday Pa | | | | 172.00 |
| HOL | | | | 172.00 |
| **Gross Pay** | | | **$1,682.38** | 15,490.79 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 160.00 |
| | Social Security Tax | -87.24 | 844.67 |
| | Medicare Tax | -20.40 | 197.54 |
| | PA State Income Tax | -53.86 | 416.78 |
| | Metal Townsh Income Tax | -14.29 | 115.80 |
| | PA SUI Tax | -1.17 | 10.84 |
| | MD State Income Tax | | 86.07 |
| | Other | | |
| | Dental Care | -23.25* | 160.96 |
| | Dep Care FSA | -21.67* | 150.02 |
| | Hsa | -151.67* | 1,050.02 |
| | Hsa Checking | -151.67 | |
| | Long Term Disb | -3.08 | |
| | MED EE | -78.78* | 506.16 |
| | Other | -100.00 | |
| | Other | -4.51 | |
| | Supp. Life Ins. | -4.51 | |
| | Vision Care | -4.10 | |
| | 401k | -100.94* | 871.07 |

| Other | this period | year to date |
|---|---|---|
| Hsa Offset | | -1,050.02 |
| **Adjustment** | | |
| Hsa Offset | +151.67 | |
| **Net Pay** | **$992.91** | |
| CHECKING | -992.91 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,306.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 77.75 | |

**Important Notes**
COMPANY PH#:+1 314 208 5936

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MD: Single
  PA: Single
Exemptions/Allowances:
  MD: 1
  PA: $10 Additional Tax

© 2000 ADP, Inc.

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

Advice number: 00000430630
Pay date: 10/26/2023

Deposited to the account of
**HEATHER WINDERS**

| account number | transit ABA | amount |
|---|---|---|
| xxx4693 | xxxx xxxx | $992.91 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| TRQ | 444479 | 000560 | 504 | 0000400592 | 1 |

# Earnings Statement



MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

Period Beginning: 09/16/2023
Period Ending: 09/30/2023
Pay Date: 10/10/2023

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra Withholding

HEATHER WINDERS
18188 FANNETSBURG ROAD WEST
FANNETSBURG PA 17221

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 80.00 | 1,720.00 | 11,292.89 |
| Overtime | 32.2500 | 5.75 | 185.44 | 1,999.52 |
| Double Time | 43.0000 | 4.00 | 172.00 | 172.00 |
| Holiday Pa | | | | 172.00 |
| HOL | | | | 172.00 |
| **Gross Pay** | | | **$2,077.44** | 13,808.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 140.00 |
| | Social Security Tax | -111.73 | 757.43 |
| | Medicare Tax | -26.13 | 177.14 |
| | PA State Income Tax | -65.99 | 362.92 |
| | Metal Townsh Income Tax | -18.24 | 101.51 |
| | PA SUI Tax | -1.46 | 9.67 |
| | MD State Income Tax | | 86.07 |
| | Other | | |
| | Dental Care | -23.25* | 137.71 |
| | Dep Care FSA | -21.67* | 128.35 |
| | Hsa | -151.67* | 898.35 |
| | Hsa Checking | -151.67 | |
| | Long Term Disb | -3.08 | |
| | MED EE | -78.78* | 427.38 |
| | Other | -100.00 | |
| | Other | -4.51 | |
| | Supp. Life Ins. | -4.51 | |
| | Vision Care | -4.10 | |
| | 401k | -124.65* | 770.13 |

| Other | this period | year to date |
|---|---|---|
| Hsa Offset | | -898.35 |
| **Adjustment** | | |
| Hsa Offset | +151.67 | |
| **Net Pay** | **$1,317.67** | |
| CHECKING | -1,317.67 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,677.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 89.75 | |

**Important Notes**
COMPANY PH#:+1 314 208 5936

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MD: Single
  PA: Single
Exemptions/Allowances:
  MD: 1
  PA: $10 Additional Tax

© 2000 ADP, Inc.

---

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

Advice number: 00000400592
Pay date: 10/10/2023

**THIS IS NOT A CHECK**

Deposited to the account of
HEATHER WINDERS

| account number | transit ABA | amount |
|---|---|---|
| xxx4693 | xxxx xxxx | $1,317.67 |

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| TRQ | 444479 | 000560 | 504 | 0000380651 | 4 |

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

# Earnings Statement

![ADP]

Period Beginning: 09/01/2023
Period Ending: 09/15/2023
Pay Date: 09/26/2023

HEATHER WINDERS
18188 FANNETSBURG ROAD WEST
FANNETSBURG PA 17221

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table, $20 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 79.25 | 1,703.88 | 9,572.89 |
| Overtime | 32.2500 | 12.00 | 387.00 | 1,814.08 |
| Holiday Pa | 21.5000 | 8.00 | 172.00 | 172.00 |
| HOL | | | | 172.00 |
| **Gross Pay** | | | **$2,262.88** | 11,730.97 |

| Adjustment | this period | year to date |
|---|---|---|
| Hsa Offset | +151.67 | |
| **Net Pay** | **$1,470.15** | |
| CHECKING | -1,470.15 | |
| **Net Check** | **$0.00** | |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -20.00 | 120.00 |
| Social Security Tax | -123.22 | 645.70 |
| Medicare Tax | -28.82 | 151.01 |
| PA State Income Tax | -71.68 | 296.93 |
| Metal Townsh Income Tax | -20.09 | 83.27 |
| PA SUI Tax | -1.58 | 8.21 |
| MD State Income Tax | | 86.07 |

Other
| | this period | year to date |
|---|---|---|
| Dental Care | -23.25* | 114.46 |
| Dep Care FSA | -21.67* | 106.68 |
| Hsa | -151.67* | 746.68 |
| Hsa Checking | -151.67 | |
| Long Term Disb | -3.08 | |
| MED EE | -78.78* | 348.60 |
| Other | -100.00 | |
| Other | -4.51 | |
| Supp. Life Ins. | -4.51 | |
| Vision Care | -4.10 | |
| 401k | -135.77* | 645.48 |
| Hsa Offset | | -746.68 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,851.74

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 99.25 |

**Important Notes**
COMPANY PH#:+1 314 208 5936

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MD: Single
  PA: Single
Exemptions/Allowances:
  MD: 1
  PA: $10 Additional Tax

© 2000 ADP, Inc.

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

Advice number: 00000380651
Pay date: 09/26/2023

Deposited to the account of
HEATHER WINDERS

| account number | transit ABA | amount |
|---|---|---|
| xxx4693 | xxxx xxxx | $1,470.15 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| TRQ | 444479 | 000560 | 504 | 0000360598 | 1 |

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

# Earnings Statement

**ADP**

Period Beginning: 08/16/2023
Period Ending: 08/31/2023
Pay Date: 09/11/2023

HEATHER WINDERS
18188 FANNETSBURG ROAD WEST
FANNETSBURG PA 17221

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table, $20 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 95.50 | 2,053.25 | 7,869.01 |
| Overtime | 32.2500 | .50 | 16.13 | 1,427.08 |
| HOL | | | | 172.00 |
| **Gross Pay** | | | **$2,069.38** | 9,468.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.00 | 100.00 |
| | Social Security Tax | -107.82 | 522.48 |
| | Medicare Tax | -25.21 | 122.19 |
| | PA State Income Tax | -64.05 | 311.32 |
| | Metal Townsh Income Tax | -17.61 | 38.40 |
| | PA SUI Tax | -1.45 | 6.63 |
| | Blair Two Local Svc Tax | | 2.17 |
| | Blair Twp Income Tax | | 24.78 |
| | **Other** | | |
| | Dental Care | -42.40* | 91.21 |
| | Dep Care FSA | -21.67* | 85.01 |
| | Hsa | -151.67* | 595.01 |
| | Hsa Checking | -151.67 | |
| | MED EE | -114.72* | 269.82 |
| | Other | -100.00 | |
| | Other | -4.51 | |
| | Supp. Life Ins. | -4.51 | |
| | 401k | -124.16* | 509.71 |
| | Hsa Offset | | -595.01 |
| | **Adjustment** | | |
| | Hsa Offset | +151.67 | |

| Adjustment | this period | year to date |
|---|---|---|
| Long Term Disb | +17.10 | |
| **Net Pay** | **$1,286.70** | |
| CHECKING | -1,286.70 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,614.76

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 96.00 | |

**Important Notes**
COMPANY PH#:+1 314 208 5936

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 MD: Single
 PA: Single
Exemptions/Allowances:
 MD: 1
 PA: $10 Additional Tax

© 2000 ADP, Inc.

MARKETING.COM
101 WORKMAN CT
EUREKA, MO 63025

Advice number: 00000360598
Pay date: 09/11/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HEATHER WINDERS | xxx4693 | xxxx xxxx | $1,286.70 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



## Page 1

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| TRQ | 444479 | 000560 | 504 | 0000320577 | 1 |

Page 1 (Con't Next Page)

MARKETING.COM  
101 WORKMAN CT  
EUREKA, MO 63025

**Earnings Statement** 

Period Beginning: 07/16/2023  
Period Ending: 07/31/2023  
Pay Date: 08/10/2023

HEATHER WINDERS  
18188 FANNETSBURG ROAD WEST  
FANNETSBURG PA 17221

Filing Status: Head of household  
Exemptions/Allowances:  
    Federal: Standard Withholding Table, $20 Extra Withholding

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 94.25 | 2,026.38 | 4,052.76 |
| Overtime | 32.2500 | 25.50 | 822.38 | 935.26 |
| HOL | | | | 172.00 |
| **Gross Pay** | | | **$2,848.76** | 5,160.02 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -20.00 | 60.00 |
| Social Security Tax | -151.67 | 287.09 |
| Medicare Tax | -35.47 | 67.14 |
| PA State Income Tax | -86.07 | 173.43 |
| Blair Two Local Svc Tax | -2.17 | 2.17 |
| Blair Twp Income Tax | -24.78 | 24.78 |
| PA SUI Tax | -1.99 | 3.61 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Care | -33.98* | 44.71 |
| Dep Care FSA | -31.67* | 41.67 |
| Hsa | -221.67* | 291.67 |
| Hsa Checking | -221.67 | |
| Long Term Disb | -4.50 | |
| MED EE | -115.14* | 151.50 |
| Other | -6.59 | |
| Supp. Life Ins. | -6.59 | |
| Vision Care | -5.99 | |
| 401k | -170.93* | 251.23 |
| Hsa Offset | | -291.67 |

**Adjustment**

| | this period |
|---|---|
| Hsa Offset | +221.67 |

| Net Pay | $1,929.55 |
|---|---|
| CHECKING | -1,929.55 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,275.37

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 119.75 |

**Important Notes**

COMPANY PH#:+1 314 208 5936

BASIS OF PAY: HOURLY

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR LOCAL TAX JURISDICTION HAS BEEN CHANGED.

**Additional Tax Withholding Information**

Taxable Marital Status:  
PA: Single

© 2000 ADP, Inc.

MARKETING.COM  
101 WORKMAN CT  
EUREKA, MO 63025

Advice number: 00000320577  
Pay date: 08/10/2023

Deposited to the account of  
HEATHER WINDERS

| account number | transit ABA | amount |
|---|---|---|
| xxx4693 | xxxx xxxx | $1,929.55 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

---

## Page 2

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| TRQ | 444479 | 000560 | 504 | 0000320577 | 1 |

Page 2

MARKETING.COM  
101 WORKMAN CT  
EUREKA, MO 63025

**Earnings Statement**

Period Beginning: 07/16/2023  
Period Ending: 07/31/2023  
Pay Date: 08/10/2023

HEATHER WINDERS  
18188 FANNETSBURG ROAD WEST  
FANNETSBURG PA 17221

Filing Status: Head of household  
Exemptions/Allowances:  
    Federal: Standard Withholding Table, $20 Extra Withholding

**Additional Tax Withholding Information**

Exemptions/Allowances:  
PA: $10 Additional Tax