IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Heather Nicole Winders**
    DEBTOR : BKY. NO. 1:23-bk-02561-hwv

O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **12/06/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.