IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Heather Nicole Winders
: BKY. NO. 1:23-bk-02561-HWV
DEBTOR

## ORDER

Upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules, Doc. 10, it is

**ORDERED** that the Motion is **GRANTED**. Debtor has until **December 22, 2023** to file the necessary Schedules, Plan, and Statement of Financial Affairs in the above-captioned matter.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 30, 2023