In re:                                                                              Case No. 23-02561-HWV

Heather Nicole Winders                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                Page 1 of 3

Date Rcvd: Dec 06, 2023                      Form ID: ntnew341                          Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Heather Nicole Winders, 18188 Fannettburg Rd W, Fannettsburg, PA 17221-9752 |
| 5577321 | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5577330 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5577332 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5577334 | Susqhna Bank, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 5577336 | Township of Metal, 17001 Fannettburg Rd E, Fannettsburg, PA 17221 |
| 5577337 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5577316 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 18:49:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5580025 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 18:48:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5577317 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2023 18:49:06 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 5577319 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 06 2023 18:39:00 | Commercial Acceptance Company, Attn: Bankruptcy Attn: Bankruptcy, 2300 Gettysburg Road , Suite 102, Camp Hill, PA 17011-7303 |
| 5577320 | | Email/Text: mrdiscen@discover.com | Dec 06 2023 18:39:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5581153 | + | Email/Text: mrdiscen@discover.com | Dec 06 2023 18:39:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 5577322 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 06 2023 18:39:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5577323 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2023 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5577318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2023 18:49:27 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5577324 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2023 18:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5577325 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 06 2023 18:39:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5577326 | + | Email/Text: Unger@Members1st.org | Dec 06 2023 18:39:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |

| 5577327 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 06 2023 18:48:59 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5577329 | | Email/Text: Bankruptcy@nafinc.com | | |
| | | | Dec 06 2023 18:39:00 | New American Funding, Attn: Bankruptcy Attn: Bankruptcy, 14511 Myford Rd , Ste 100, Tustin, CA 92780 |
| 5577328 | | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Dec 06 2023 18:39:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5577333 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 06 2023 18:49:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5577331 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Dec 06 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5577335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 06 2023 18:49:29 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5577338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Dec 06 2023 18:39:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5577339 | ^ | MEBN | | |
| | | | Dec 06 2023 18:37:19 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5577340 | ^ | MEBN | | |
| | | | Dec 06 2023 18:37:16 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Michael A. Cibik | |
| | on behalf of Debtor 1 Heather Nicole Winders mail@cibiklaw.com |
| | cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-1

Date Rcvd: Dec 06, 2023

TOTAL: 3

User: AutoDocke

Form ID: ntnew341

Page 3 of 3

Total Noticed: 28

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Heather Nicole Winders,                    Chapter        13

**Debtor 1**

Case No.        1:23−bk−02561−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 25, 2024<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2023 |

ntnew341 (09/23)