United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Heather Nicole Winders  
    Debtor

Case No. 23-02561-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3  
Date Rcvd: Dec 29, 2023    Form ID: pdf010    Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Heather Nicole Winders, 18188 Fannettburg Rd W, Fannettsburg, PA 17221-9752 |
| 5577321 | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5577330 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5577332 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5577334 | Susqhna Bank, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 5577336 | Township of Metal, 17001 Fannettburg Rd E, Fannettsburg, PA 17221 |
| 5577337 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5586073 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5577316 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2023 18:52:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5580025 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2023 18:52:50 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5577317 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2023 18:52:13 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 5577319 | + Email/Text: dylan.succa@commercialacceptance.net | Dec 29 2023 18:45:00 | Commercial Acceptance Company, Attn: Bankruptcy Attn: Bankruptcy, 2300 Gettysburg Road , Suite 102, Camp Hill, PA 17011-7303 |
| 5577320 | Email/Text: mrdiscen@discover.com | Dec 29 2023 18:45:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5581153 | + Email/Text: mrdiscen@discover.com | Dec 29 2023 18:45:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 5577322 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 29 2023 18:45:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5577323 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2023 18:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5577318 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2023 18:52:12 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5577324 | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2023 18:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5577325 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 29 2023 18:45:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5583602 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2023 18:52:12 | MERRICK BANK, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 5585354 | + | Email/Text: Unger@Members1st.org | Dec 29 2023 18:45:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5577326 | + | Email/Text: Unger@Members1st.org | Dec 29 2023 18:45:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5577327 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2023 18:52:50 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5577329 | | Email/Text: Bankruptcy@nafinc.com | Dec 29 2023 18:45:00 | New American Funding, Attn: Bankruptcy Attn: Bankruptcy, 14511 Myford Rd , Ste 100, Tustin, CA 92780 |
| 5577328 | | Email/Text: Bankruptcies@nragroup.com | Dec 29 2023 18:45:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5577333 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2023 18:52:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5577331 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5577335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 29 2023 18:52:50 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5577338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 29 2023 18:45:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5577339 | ^ | MEBN | Dec 29 2023 18:41:39 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5577340 | ^ | MEBN | Dec 29 2023 18:41:35 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Jack N Zaharopoulos

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Michael A. Cibik | |
| | on behalf of Debtor 1 Heather Nicole Winders mail@cibiklaw.com |
| | cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Heather Nicole Winders**

Debtor 1

Chapter: 13
Case No.: 1:23-bk-02561-HWV

### ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

**IT IS ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 29, 2023